Stephen M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
**DONIGER LAW FIRM**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff
L.A. PRINTEX INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VOLUME ONE, INC., a California Corporation; et al.<br><br>Defendants. | Case No.: CV 05-0319 GHK (SHx)<br>*Before the Honorable George H. King*<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL BASED ON SETTLEMENT OF THE ENTIRE ACTION**<br><br>**PURSUANT TO {FRCP 41(a)(1)}** |

### STIPULATION BY AND BETWEEN THE PARTIES

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff L.A. PRINTEX INDUSTRIES, INC. ("Plaintiff") has filed a SECOND AMENDED COMPLAINT ("Complaint") styled *L.A. Printex Industries, Inc. v. Volume One, Inc.; et al.*;

WHEREAS, Charming Shoppes Distribution Inc, Charming Shoppes of Delaware Inc, Burlington Coat Factory Warehouse, Inc, Fashion Bug, Inc., May

1
STIPULATION TO DISMISS

Department Stores, Co., Volume One, Inc. (collectively referred to herein as "Defendants") have been named as defendants in the Complaint;

WHEREAS, a resolution by confidential settlement agreement has been reached between and among the Plaintiff and the Defendants regarding Plaintiff's respective claims against the Defendants as alleged in this action, which agreement forms the basis for this stipulation;

WHEREAS, Plaintiff now wishes to dismiss this action in its entirety on the grounds that the parties have reached a resolution by settlement agreement;

WHEREAS, this dismissal is expressly conditioned on the terms of the settlement agreement reached between and among the parties, and any breach thereof will be cause for re-instituting this action pursuant to the settlement agreement's terms;

IT IS HEREBY STIPULATED by the parties herein, through their counsels of record, as follows:

1. This action is to be dismissed in its entirety.
2. These dismissals are expressly conditioned on the terms and conditions of the confidential settlement agreement entered into between and among the Plaintiff and the Defendants.

///
///

2
STIPULATION TO DISMISS

3. The Court will retain jurisdiction of this matter for sixty (60) days for the purposes of taking any action needed to enforce the terms of the confidential settlement agreement;

4. Each party is to bear its own costs and fees;

IT IS SO STIPULATED.

Dated: 11/15/06

Scott A. Burroughs, Esq.
DONIGER LAW FIRM
Attorney for Plaintiff
L.A. Printex Industries, Inc.

Dated: 11-15-06

Abe Tang, Esq.
Long, Williamson et al.
Attorney for Defendants
Charming Shoppes Distribution Inc, Charming Shoppes of Delaware Inc, Burlington Coat Factory Warehouse, Inc, Fashion Bug, Inc., May Department Stores, Co., Volume One, Inc

## [PROPOSED] ORDER

The Court has reviewed the Stipulation set forth above and hereby incorporates said in this Order as if fully set forth herein. Accordingly the Court orders:

1. This action is to be dismissed in its entirety.

3. These dismissals are expressly conditioned on the terms and conditions of the confidential settlement agreement entered into between and among the Plaintiff and Defendants Charming Shoppes Distribution Inc, Charming Shoppes of Delaware Inc, Burlington Coat Factory Warehouse, Inc, Fashion Bug, Inc., May Department Stores, Co. and Volume One, Inc

3
STIPULATION TO DISMISS

4. The Court retains jurisdiction of this matter for sixty (60) days for the purposes of taking any action needed to enforce the terms of the confidential settlement agreement;

5. Each party is to bear its own costs and fees.

IT IS SO ORDERED.

Dated: 11/17, 2006

_____
UNITED STATES DISTRICT COURT
HONORABLE JUDGE GEORGE H. KING

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Law Offices of Stephen M. Doniger, 300 Corporate Pointe, Suite 355, Culver City, California 90230.

On November 15, 2006, I served the attached document described as **NOTICE OF SETTLEMENT** on all interested parties in this action:

Patrick A. Long, Esq.
Abe Tang, Esq.
Long, William & Delis
Royal Airport Center
5 Hutton Center Drive, Ste. 1000
Santa Ana, CA 92707

☒ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.
☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:
☒ BY MAIL
   ☐ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
☐ BY FACSIMILE
   ☐ On this date I caused to be transmitted to the above-mentioned Facsimile Number the above-referenced document.
   ☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
   EXECUTED November 15, 2006 in Culver City, California.
☒ I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I further declare that I am employed in the offices of a member of the California Bar, at whose direction this service was made.

_[signature]_
SHELLY DIAS